IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02663-RPM

SHARON HUNTER,

    Plaintiff,

v.

FARMERS INSURANCE GROUP,

    Defendant.

---

ORDER TO SUBMIT TRANSCRIPT OF PLAINTIFF'S DEPOSITION

---

On August 14, 2008, the defendant filed a motion for leave to extend the time of plaintiff's deposition and the plaintiff filed her opposition to that motion on September 3, 2008. To resolve this issue, it is necessary for the Court to review the transcript of the plaintiff's deposition taken on August 8, 2008, because that transcript is discovery and not to be available to the public, the transcript should be submitted directly to chambers without filing it electronically. It is now

ORDERED that defendant's counsel shall submit to chambers a transcript of plaintiff's deposition taken on August 8, 2008.

Dated: September 4th, 2008

                        BY THE COURT:

                        s/ Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge