IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02663-RPM

SHARON HUNTER,

    Plaintiff,

v.

FARMERS GROUP, INC.,

    Defendant.

---

ORDER DENYING FARMERS MOTION FOR LEAVE TO EXTEND PLAINTIFF'S DEPOSITION

---

    On August 14, 2008, the defendant Farmers Group, Inc., filed a motion to extend the plaintiff's deposition for three additional hours. The plaintiff filed opposition on September 3, 2008. Pursuant to this Court's order of September 4, 2008, the defendant submitted a complete transcript of the deposition of the plaintiff taken August 8, 2008. Upon review of that transcript, the Court finds and concludes that counsel for the defendant had an adequate opportunity to examine the plaintiff on the issues in this case, as identified in the Scheduling Order of March 26, 2008. Given that this is a discriminatory compensation case with the plaintiff still employed, the range of questions put to her at the deposition went far beyond any potential relevance to this case. Given that counsel for the defendant did not make efficient use of the time available for the deposition and has failed to show good cause to extend it, it is now

ORDERED that the motion is denied.

Dated: September 12, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge