IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02663-RPM

SHARON HUNTER,

    Plaintiff,

v.

FARMERS INSURANCE GROUP,

    Defendant.

---

**ORDER GRANTING FARMERS' UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN PORTIONS OF AND EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL AND REQUEST FOR EXPEDITED RULING**

---

Upon consideration of Farmers Group, Inc.'s Unopposed Motion for Leave to File Certain Portions of and Exhibits to Its Motion for Summary Judgment Under Seal and Request for Expedited Ruling ("Motion") [15] it is,

ORDERED that the Motion is GRANTED. Farmers is granted leave to file portions of and exhibits to its Motion for Summary Judgment and Memorandum in Support relating to employee's salary information and Farmers' compensation guidelines under seal.

Dated this 30th day of October, 2008.

                              BY THE COURT

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge