IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02663-RPM

SHARON HUNTER,

    Plaintiff,

v.

FARMERS INSURANCE GROUP,

    Defendant.

---

**ORDER GRANTING FARMERS' WITHDRAWAL OF
ARGUMENT FROM SUMMARY JUDGMENT MOTION AND
MEMORANDUM IN SUPPORT THEREOF**

---

Upon review of Farmers Group, Inc.'s Withdrawal of Argument from Summary Judgment Motion and Memorandum in Support Thereof ("Withdrawal"), it is

ORDERED that the Withdrawal is GRANTED.

Dated this 21st day of November, 2008.

                BY THE COURT

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge