IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02663-RPM

SHARON HUNTER,

      Plaintiff,

v.

FARMERS INSURANCE GROUP,

      Defendant.

_____

ORDER

_____

Upon consideration of plaintiff's motion to substitute four exhibits in opposition to

summary judgment because social security numbers were not expunged therefrom [32], it

is

ORDERED that the clerk shall remove Exhibits 12, 15, 17 and 23 from plaintiff's

opposition to summary judgment and replace then with the substituted exhibits filed with

plaintiff's motion.

DATED this 5th day of January, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge