IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02663-RPM

SHARON HUNTER,

    Plaintiff,

v.

FARMERS INSURANCE GROUP, correct name
FARMERS GROUP, INC.,

    Defendant.

---

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

    Upon review of the defendant's motion for summary judgment filed October 31, 2008, and the papers filed in support and opposition to that motion and upon the finding and conclusion that there is sufficient evidence to support submission of the plaintiff's claims to the jury based on circumstantial evidence of discriminatory intent and retaliatory motive and Congress having by the enactment of the Lilly Ledbetter Fair Pay Act of 2009 reversed the Supreme Court decision concerning timeliness of the filing of an EEOC charge, making that defense unavailable in this case, it is

    ORDERED that the defendant's motion for summary judgment is denied.

    Dated: March 16th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge