IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02663-RPM

SHARON HUNTER,

    Plaintiff,

v.

FARMERS INSURANCE GROUP, correct name
FARMERS GROUP, INC.,

    Defendant.

---

## ORDER FOR DISMISSAL

Upon consideration of the Stipulation for Dismissal with Prejudice [43] it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and legal fees.

Dated: July 9th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge